1428

**96–2803.  Coons v. Brownlee.**
Logan App. No. 8–95–21.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.